Same case below, 608 F.3d 406.

**No. 10-377. Christopher McDonough, Petitioner v. Michael Crowe, et al.**

562 U.S. 1135, 131 S. Ct. 905, 178 L. Ed. 2d 749, 2011 U.S. LEXIS 339.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 608 F.3d 406.

**No. 10-383. NIBCO, Inc., Petitioner v. Martha Rivera, et al.**

562 U.S. 1135, 131 S. Ct. 906, 178 L. Ed. 2d 749, 2011 U.S. LEXIS 402.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 372 Fed. Appx. 757.

**No. 10-397. Heathcliffe John Bradley, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1135, 131 S. Ct. 906, 178 L. Ed. 2d 749, 2011 U.S. LEXIS 478.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 603 F.3d 235.

**No. 10-401. Jeffrey A. Weinman, Trustee, Petitioner v. James Winslow Graves, et ux.**

562 U.S. 1135, 131 S. Ct. 906, 178 L. Ed. 2d 749, 2011 U.S. LEXIS 373.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 10-404. Malcolm G. Schaefer, Petitioner v. John McHugh, Secretary of the Army.**

562 U.S. 1135, 131 S. Ct. 906, 178 L. Ed. 2d 749, 2011 U.S. LEXIS 452.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 391 U.S. App. D.C. 145, 608 F.3d 851.

**No. 10-420. Lawrence N. Blum, Petitioner v. Michael Crowe, et al.**

562 U.S. 1135, 131 S. Ct. 907, 178 L. Ed. 2d 749, 2011 U.S. LEXIS 124.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 608 F.3d 406.

**No. 10-441. Janice R., Petitioner v. Debra H.**

562 U.S. 1136, 131 S. Ct. 908, 178 L. Ed. 2d 749, 2011 U.S. LEXIS 105.

January 10, 2011. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 14 N.Y.3d 576, 904 N.Y.S.2d 263, 930 N.E.2d 184.

**No. 10-457. Kevin G. Chesney, et ux., Petitioners v. Valley Stream Union Free School District No. 24, et al.**

562 U.S. 1136, 131 S. Ct. 908, 178 L. Ed. 2d 749, 2011 U.S. LEXIS 187.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.